4/4/15

Dear Cathy S. Lusk, Clerk.

I apologize for my mistake. I Forgot to enclose the motion For Extension of Time to file the motion for Rehearing with my previous letter. Please Find in This letter, The motion I Filed to the Court of criminal Appeals on March 10, 2015 that I meant/Intended to file with the 12th Court of Appeals. I was confused about which court to File the motion to, Please copy The enclosed motion and save it with my File and resend this original enclosed motion in this letter back to me. Thankyou.

Sincerely    DAVID FORD
TDCJ# 1688141
Boach Unit
15845 FM 164
Childress, TX 79201

David Ford

FILED IN COURT OF APPEALS
12th Court of Appeals District

APR 0 9 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

Abel Acosta, Clerk
Court of Criminal Appeals
Supreme Court Bldg. 201 W 14th St. Rm 106, P.O. Box 12308
Austin, Tx 78711

Dear Clerk

Enclosed please find my pro se Defendants Motion for
Extension of Time to File Motion for Rehearing. Please file
this Motion and bring it to the attention of the court.

Please date-stamp this letter and Return it to me
at my address shown below. I also request
that you notify me of the Courts Ruling on my Motion.

Sincerely,

DAVID FORD #1888141

Defendant, Pro se

Roach Unit 15845 FM 164

Childress, TX 79201

FILED IN COURT OF APPEALS
12th Court of Appeals District

APR 09 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 17 2015

Abel Acosta, Clerk

Return
No writ

## Motion for Extension of Time to File Motion for Rehearing

### No: 12-13-00308-CR

### In The

### Court of Criminal Appeals

### Austin, TX

---

### DAVID Eugene FORD

### v.

### The State of Texas

---

From Appeal No. 12-13-00308-CR

Trial Cause No. 114-1281-12

Smith, County

First Motion for extension of time to File Motion for Rehearing

To the Honorable Judges of the Court of Criminal Appeals:
Comes, now, DAVID FORD, Petitioner, and files this motion for an extension of sixty (60) days in which to file a motion for Rehearing. In Support of this motion, appellant shows the Court the following:

## I.

The petitioner was convicted in the 114th District Court of Smith county, Texas of the offense of, Aggravated Robbery w/Deadly weapon in Cause no. 114-1281-12, styled State of Texas vs. David Eugene Ford. The petitioner appealed to the Court of Appeals, 12th Supreme Judicial District. The case was affirmed on February 27, 2015.

## II.

The present Deadline for filing the Motion for Rehearing is March 13th, 2015 The petitioner has not requested any extension prior to this request.

## III.

Petitioners request for an Extension is based Upon the following facts: Petitioner was not informed of the decision of the Court of Appeals in affirming his case until March 9th, 2015. Also Due to limited access to the law library to a few hours a day, limited legal knowledge thereby, slowing down my research and such short notice of receiving the letter from mail room. Wherefore, Petitioner prays this court grant this motion and extend the deadline for filing the Motion for Rehearing in Case No. 12-13-00308-CR to May 11th, 2015

DAVID Eugene Ford
Petitioner, Pro se
Texas Department of Criminal Justice
ROACH Unit, 15845 FM 164
TDCJ-ID # 1888141
Childress, TX 79201

## Certificate of Service

I certify that a true and correct copy of the above and foregoing first Motion for extension of time to file a motion for Rehearing, has been forwarded by U.S. Mail postage prepaid, first Class to the attorney for state, Michael West, at Smith County District Attorneys office 100 North Broadway Tyler TX 75702. and to the State Prosecuting Attorney, P.O. Box 12405, Austin, Texas 78711 on this the 10th day of March 2015

DAVID FORD
Petitioner, Pro Se

I, DAVID FORD, TDCJ# 1888141, being presently incarcerated in the Roach Unit of the Texas Department of Criminal Justice in Childress County, Texas verify and declare under penalty of perjury that the foregoing statements are true and correct. Executed on this the 10th Day of March, 2015.

DAVID FORD
Roach Unit TDCJ# 1888141